UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-13750

JOHN H. BARTON,

    Plaintiff,

-v-

UNITED STATES POSTAL SERVICE, ET.AL,

    Defendant(s).
_____/

## ORDER RESCINDING ORDER OF REFERENCE TO MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the Order of Reference to Magistrate Judge Majzoub dated September 22, 2010, is RESCINDED.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: December 6, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 6, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager