UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN H. BARTON,
    Plaintiff,

v.                                                     Case No. 09-13750
                                                     Honorable Patrick J. Duggan

UNITED STATES POSTAL SERVICE,
and POSTMASTER GENERAL
JOHN E. POTTER,
    Defendants.
_____/

## JUDGMENT

On September 22, 2009, Plaintiff filed this lawsuit against Defendants complaining about the treatment he has received as an employee of the United States Postal Service. Plaintiff filed an amended complaint on September 23, 2009, in which he alleges age discrimination and retaliation in violation of the Age Discrimination in Employment Act ("ADEA") and harassment and hostile work environment. Defendants filed a motion to dismiss and for summary judgment on August 11, 2010, which this Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: February 10, 2011                        s/PATRICK J. DUGGAN
                                                                     UNITED STATES DISTRICT JUDGE

Copies to:
BenjaminWhitfield, Jr., Esq.
Kenneth L. Shaitelman, Esq.